**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 1 3 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| George Lee Odemns III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CT Lottery *et al.*, | ) |
| | ) |
| Defendants. | ) |
| ———————————————— | ) |

Case: 1:15-cv-01117    Jury Demand
Assigned To : Unassigned
Assign. Date : 7/13/2015
Description: Pro Se Gen. Civil   F Deck

MEMORANDUM OPINION

This matter is before the Court on review of the plaintiff's *pro se* complaint and

application to proceed *in forma pauperis*. The application will be granted and the case will be

dismissed pursuant to 28 U.S.C. § 1915(e), which requires the Court to dismiss a complaint upon

a determination that it, among other grounds, is frivolous.

Plaintiff, a District of Columbia resident, alleges that since his birth in October 1980, the

thirty named defendant entities, mostly state lotteries, "have been collecting data (sounds, words,

thoughts, dreams) from me for financial profit without consent . . . ." Compl. at 3. He further

alleges that the data was "transmitted straight to the source(s) computer/super computer,

teleprompter, etc. . . . [and] then distributed to the entities employees." *Id.* (parentheses in

original). Plaintiff "thought maybe that [he] wasn't getting compensated because of identity

protection purposes but it has become clear that [he is] a technological slave." *Id.* Plaintiff seeks

$1 trillion in "compensation" from each entity. *Id.* at 4.

The instant complaint presents the type of fantastic and delusional scenarios warranting

dismissal of the case under § 1915(e)(2)(B)(i) as frivolous. *Neitzke v. Williams*, 490 U.S. 319,

1

325 (1989); *see Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (a court may dismiss claims that are "essentially fictitious"-- for example, where they suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or mind") (citations and internal quotation marks omitted); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). Furthermore, a frivolous dismissal is warranted when, as here, the complaint lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). A separate order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: July ____, 2015